UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>STEVEN JAMES MURPHY,<br><br>　　　　Defendant. | CR No. 09- **CR09-01085**<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 844(i): Attempted Arson; 26 U.S.C. §§ 5861(d) and 5871; Possession of an Unregistered Destructive Device] |

FILED 2009 OCT 16 PM 3:38

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(i)]

On or about September 19, 2006, in Los Angeles County, within the Central District of California, defendant STEVEN JAMES MURPHY willfully attempted to maliciously damage and destroy, by means of fire and an explosive, buildings and real property used in interstate and foreign commerce and in activity affecting interstate and foreign commerce, namely, multiple partially

constructed condominium units intended for sale located at 40 Arroyo Drive, Pasadena, California.

COUNT TWO

[26 U.S.C. §§ 5861(d), 5845(a)(8), and 5845(f)]

On or about September 19, 2006, in Los Angeles County, within the Central District of California, defendant STEVEN JAMES MURPHY knowingly possessed a firearm, namely, a "destructive device," as that term is defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), which firearm was not registered to him in the National Firearms Registration and Transfer Record.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

DANIEL S. GOODMAN
Assistant United States Attorney
Acting Chief, Criminal Division


SUSAN J. DEWITT
Assistant United States Attorney
Deputy Chief, National Security Section


SHERILYN PEACE GARNETT
Assistant United States Attorney
National Security Section

3