UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 09-1085(A)-R |
|---|---|---|
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | [18 U.S.C. § 371: Conspiracy to Commit Arson] |
| STEVEN JAMES MURPHY, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

I.  <u>OBJECT OF THE CONSPIRACY</u>

Beginning on a date unknown to the Grand Jury and continuing to on or about September 19, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant STEVEN JAMES MURPHY and an unindicted co-conspirator knowingly and willfully conspired and agreed to commit arson, namely, to maliciously damage and destroy, by means of fire, buildings, vehicles, and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

SPG:spg

II. <u>MEANS OF THE CONSPIRACY</u>

The foregoing object of the conspiracy was to be accomplished in the following manner:

1. The unindicted co-conspirator would teach defendant STEVEN JAMES MURPHY how to assemble an incendiary device to use in burning large scale, multi-million dollar building projects on behalf of the Earth Liberation Front or "E.L.F."

2. Defendant STEVEN JAMES MURPHY would identify a large scale, multi-million dollar building project in the Pasadena, California area to be burned by fire on behalf of the "E.L.F."

3. Defendant STEVEN JAMES MURPHY would use the information obtained from the unindicted co-conspirator to construct an incendiary device.

4. Defendant STEVEN JAMES MURPHY would ignite the incendiary device inside a building in the project in Pasadena, California, with the malicious intent to destroy the building and surrounding structures by the ensuing fire.

5. Defendant STEVEN JAMES MURPHY would claim responsibility for the fire and other damage in the name of the E.L.F.

III. <u>OVERT ACTS</u>

In order to carry out the object of the conspiracy, defendant STEVEN JAMES MURPHY and the unindicted co-conspirator committed various overt acts within the Central District of California, and elsewhere, including but not limited to the following:

1. On unknown dates within the conspiracy period, defendant STEVEN JAMES MURPHY spoke with the unindicted co-

1 conspirator and learned how to assemble an incendiary device
2 consisting of a plastic bottle, gasoline, and material for a
3 delayed ignition timer to use in burning a large scale building
4 project on behalf of the E.L.F.

    2. Prior to September 19, 2006, defendant STEVEN JAMES MURPHY identified an approximately thirty-unit, multi-million dollar, partially constructed condominium project located directly beneath the Colorado Street bridge at 40 to 44 Arroyo Drive, Pasadena, California (hereinafter referred to as the "Project"), as property he would burn using an incendiary device.

    3. Prior to September 19, 2006, defendant STEVE JAMES MURPHY obtained an approximately 64-ounce plastic juice bottle labeled "Trader Joe's All Natural Dixie Peach 100% Juice blend" and filled the bottle approximately 75% full with gasoline.

    4. Prior to September 19, 2006, defendant STEVEN JAMES MURPHY constructed a delayed ignition timer using two side-by-side filtered cigarettes standing upright, which defendant wrapped at their filtered ends with approximately fourteen cardboard matches and tied with twine.

    5. Prior to September 19, 2006, defendant STEVEN JAMES MURPHY completed construction of the incendiary device by partially inserting the aforementioned delayed ignition timer into a hole he had cut in the twist-off cap of the juice bottle containing gasoline (hereinafter the juice bottle containing gasoline and delayed ignition timer will be referred to collectively as the "Incendiary Device").

    6. On or about September 19, 2006, defendant STEVEN JAMES

1  MURPHY placed the Incendiary Device in an upstairs unit of the
2  Project.
3      7.  On or about September 19, 2006, defendant STEVEN JAMES
4  MURPHY ignited the incendiary device with the malicious intent to
5  destroy by fire the unit in which the Incendiary Device was
6  placed, the building in which the unit was located, and other
7  structures in and around the Project.
8      8.  On or about September 19, 2006, defendant STEVEN JAMES
9  MURPHY disabled the ignition of a tractor in the Project.
10     9.  On or about September 19, 2006, STEVEN JAMES MURPHY
11 claimed responsibility for the aforementioned acts by writing the
12 phrase "ANOTHER TRACTOR DECOMMISIONED BY THE $E_xL_xF_x$" on the side
13 of the tractor with a permanent marker.

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


PATRICK R. FITZGERALD
Assistant United States Attorney
Acting Chief, National Security Section


SHERILYN PEACE GARNETT
Assistant United States Attorney
National Security Section